**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        **v.**                      **CASE NUMBER: 3:17-PO-6**

**AARON CHESLEY,**

        **Defendant.**

## ORDER RELEASING DEFENDANT FROM EASTERN REGIONAL JAIL

On July 2, 2017, it was reported to the Court at 12:37 a.m. by the Veteran's Administration Medical Center, "VAMC," police that an arrest had been made. Defendant was charged with Disorderly Conduct then taken to the Eastern Regional Jail, "ERJ".

The court finds that the Defendant should be released without bond from the Eastern Regional Jail no later than 12:00 noon on Monday, July 3, 2017, and shall be required to appear for a Bench Trial in this matter on Tuesday, July 11, 2017, at 9:30 a.m. at the Federal Court Building, 217 W. King Street, Martinsburg, West Virginia. It is accordingly

**ORDERED** that the Defendant be **RELEASED** from the Eastern Regional Jail no later than 12:00 noon on Monday, July 3, 2017, without bond or bond conditions.   It is further

**ORDERED** that the Defendant shall report to the Federal Court Building, 217 W. King St., Martinsburg, WV, on **Tuesday, July 11, 2017, at 9:30 am** for a bench trial in this

matter.

The Court directs the Clerk of the Court to provide a copy of this Order to any parties who appear *pro se* and all counsel of record, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

ENTERED:   7-2-2017

ROBERT W. TRUMBLE
UNITED STATES MAGISTRATE JUDGE