UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

     Plaintiff,

     V.

AARON CHESLEY,                        Case No. 3:17PO6

     Defendant.

## **ORDER**

The above-named defendant, having been found to be indigent and entitled to appointment of counsel under the Criminal Justice Act based upon the CJA-23 Financial Affidavit submitted by the defendant, it is ORDERED, Nicholas Compton, Assistant Federal Public Defender for the Northern District of West Virginia, MVB Bank Building, 651 Foxcroft Avenue, Ste. 202, Martinsburg, West Virginia 25401, Telephone No. (304) 260-9421, is hereby APPOINTED to represent the defendant in this action.

The Clerk is directed to forward a copy of this Order to the defendant, the Office of the Federal Public Defender, United States Attorney, United States Probation, and the United States Marshal's Office.

DATED: 7-5-2017

_____
ROBERT W. TRUMBLE
UNITED STATES MAGISTRATE JUDGE