FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

JUL 1 1 2017

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

UNITED STATES OF AMERICA,

       Plaintiff,

v.

AARON G. CHESLEY,

       Defendant.

Violation No. 6180388
(TRUMBLE) *3:17PO 6*

## PLEA AGREEMENT

Defendant agrees to plead guilty to the unauthorized introduction on VA controlled

property of alcoholic beverages in violation of 38 C.F.R. § 1.218(b)(18), violation number

6180388.

Defendant agrees to pay a fine of $~~150.00 plus $30.00 court costs~~ $40.00. He will also Receive credit for time Served.

The United States agrees to dismiss the remaining charge, disorderly conduct, in violation

of 38 C.F.R. § 1.218(b)(11), violation number 6180389.

_____
Lara K. Omps-Botteicher
Assistant United States Attorney


Date: July 11, 2017


_____
Defendant

Date: __7/11/17__